AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| JACK POTTER <br> *Plaintiff* <br> v. <br> CITY OF LACEY and KEN SEMKO <br> *Defendant* | Case No. 3:20-CV-05925 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JACK POTTER- PLAINTIFF

Date: 11/25/2020

DocuSigned by:
[signature]
9E24317114E3480...
*Attorney's signature*

Carrie Graf    WSBA#51999
*Printed name and bar number*

711 Capitol Way S. Ste. 704
Olympia, WA 98501
*Address*

carrie.graf@nwjustice.org
*E-mail address*

(206) 707-0992
*Telephone number*

(360) 753-0174
*FAX number*