UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JACK POTTER,

        Plaintiff,

  v.

CITY OF LACEY,

        Defendant.

CIVIL JUDGMENT

CASE NO. 2:20-cv-5925-RJB

____ **Jury Verdict.** This action came to consideration before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XX**   **Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

- Defendant's Motion for Summary Judgment on Plaintiff's Eighth Amendment and Wash. Const., art 1, § 14 claims IS GRANTED;

Judgment

1 
- Plaintiff's Motion for Summary Judgment on his Eighth Amendment and Wash. Const., art 1, § 14 claims IS DENIED;
- This case IS CLOSED.

Dated this 10th day of March 2021.

                William M. McCool
                Clerk of Court

                s/Tyler Campbell
                Tyler Campbell, Deputy Clerk

Judgment