Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JACK POTTER,<br><br>           Plaintiff,<br><br>    v.<br><br>CITY OF LACEY,<br><br>           Defendant. | NO. 3:20-cv-05925-RJB<br><br>NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT |

    NOTICE is hereby given that the plaintiff, JACK POTTER, hereby appeals from the Civil Judgment (Dkt. #35) entered on March 10, 2021 and from the following orders: Order Granting Defendant's Motion for Summary Judgment and Denying Plaintiff's Motion for Summary Judgment on Plaintiff's Eighth Amendment Claim (Dkt. #34) entered on March 10, 2021; Order Denying Plaintiff's Motion for Reconsideration (Dkt. #32) entered on February 24, 2021; and Order Granting Defendants' Motion for Summary Judgment, in Part, and Denying Plaintiff's Motion for Summary Judgment (Dkt. #28) entered on February 5, 2021.

    DATED this 6th day of April, 2021.

                              *s/ James E. Lobsenz*
                              James E. Lobsenz WSBA #8787
                              Attorneys for Plaintiff
                              CARNEY BADLEY SPELLMAN, P.S.
                              701 Fifth Avenue, Suite 3600
                              Seattle, WA 98104
                              Phone: (206) 622-8020
                              lobsenz@carneylaw.com

NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT – 1
(3:20-cv-05925-RJB)

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

POT011-0001 6538278.docx

1
2
3
4
5

    *s/ Carrie Graf*
Carrie Graf WSBA #51999
Attorney for Plaintiff
NORTHWEST JUSTICE PROJECT
711 Capitol Way South, Suite 704
Tel: (360) 753-3610
Olympia, WA 98501
Carrie.graf@nwjustice .org

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT – 2
(3:20-cv-05925-RJB)

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

POT011-0001 6538278.docx

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of April, 2021, I electronically filed the foregoing NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Defendant**
John E. Justice
LAW LYMAN DANIEL KAMERRER & BOGDANOVICH PS
PO Box 11880
Olympia, WA  98508
jjustice@lldkb.com

DATED this 6th day of April, 2021.

                                      *s/ Deborah A. Groth*
                                      Legal Assistant

NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT – 3
(3:20-cv-05925-RJB)

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

POT011-0001 6538278.docx