| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | OCT 15 2024 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

JACK POTTER,

       Plaintiff-Appellant,

 v.

CITY OF LACEY,

       Defendant-Appellee,

 and

KEN SEMKO,

       Defendant.

No.   21-35259

D.C. No. 3:20-cv-05925-RJB
Western District of Washington,
Tacoma

ORDER

Before: WARDLAW, GOULD, and BENNETT, Circuit Judges.

Having received the decision of the Washington Supreme Court (Dkt. No. 70) and the parties' supplemental briefing (Dkt. Nos. 72, 73, 79), this case will be reopened and the abeyance lifted. The Clerk is directed to reopen this case, and this matter is submitted on the briefs and record before the court.

**IT IS SO ORDERED.**