UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 08 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JACK POTTER,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>CITY OF LACEY,<br><br>    Defendant - Appellee,<br><br>and<br><br>KEN SEMKO,<br><br>    Defendant. | No. 21-35259<br><br>D.C. No. 3:20-cv-05925-RJB<br>U.S. District Court for Western Washington, Tacoma<br><br>**MANDATE** |

The judgment of this Court, entered October 17, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $14.40.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT